NICHOLSON v. COUSAR.

SUPREME COURT—SPECIFIC PERFORMANCE.—Can this Court take orig-
inal jurisdiction of a controversy without action, involving the specific
performance of a contract for the sale of land?

Controversy without action, in the original jurisdiction of
this Court, by Sarah G. Nicholson against John C. Cousar.

*Mr. S. P. Hamilton,* for plaintiff.

*Mr. Geo. W. Gage,* for defendant.

April 19, 1897.   The following order was delivered by

MR. CHIEF JUSTICE MCIVER.   This case was submitted
without oral argument at the present (November) term, and
the Court, upon looking into the record, finds that there is
a question whether this Court can take original jurisdiction
in a case of this kind—a controversy without action, which
involves the question whether the plaintiff is entitled to
have a judgment for the specific performance of a contract
for the sale of land—which question has not been consid-
ered in the argument submitted.

It is ordered, that the case be set down for reargument at
the April term of Court for the year 1897, during the time
assigned for the call of cases from the Sixth Circuit.   While
the attention of counsel is especially invited to the question
of jurisdiction above stated, they will not be confined to
that question, but may discuss any other question in the
case, if they so desire.

After the filing of the above order, upon request of both
counsel, the Court granted an order permitting the case
withdrawn from the further consideration of the Court.